

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
### FORT WORTH

### NO. 02-15-00096-CR

THE STATE OF TEXAS                                                    STATE

V.

ANTHONY CHRISTOPHER                                              APPELLEE
MERITO

----------

FROM COUNTY COURT AT LAW NO. 2 OF WICHITA COUNTY
TRIAL COURT NO. 61,952-F

-----------

## MEMORANDUM OPINION[1] AND JUDGMENT

----------

We have considered "State's Unopposed Motion To Dismiss Appeal." The motion complies with rule 42.2(a) of the rules of appellate procedure. Tex. R. App. P. 42.2(a). No decision of this court having been delivered before we

---

[1]See Tex. R. App. P. 47.4.

received this motion, we grant the motion and dismiss the appeal.  *See* Tex. R.

App. P. 42.2(a), 43.2(f).

PER CURIAM

PANEL:  MEIER, GABRIEL, and SUDDERTH, JJ.

DO NOT PUBLISH
Tex. R. App. P. 47.2(b)

DELIVERED:  April 9, 2015